UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

Gliee V. Gunsalus,
Brian L. Gunsalus, Sr.

    Debtors/Plaintiffs,

vs.

Ontario County, New York,
John Doe,
Jane Doe,

    Defendants.

Bankruptcy Case No. 17-20445-PRW
Adversary Proceeding No. 17-2008-PRW

---

Joseph M. Hampton,
Brenda S. Hampton,

    Debtors/Plaintiffs,

vs.

Ontario County of New York,
John Doe,
Jane Doe,

    Defendants.

Bankruptcy Case No. 17-20459-PRW
Adversary Proceeding No. 17-2009-PRW

---

## ORDER
## SUSPENDING PROCEEDINGS
## IN BANKRUPTCY CASES AND ADVERSARY PROCEEDINGS

On July 19, 2018, following issuance of an Order by the District Court, reversing the decision of this Court in the above-captioned adversary proceedings, and remanding the cases for further proceedings, this Court issued an Order Reopening Adversary Proceedings, Scheduling Rule 16 Conference, and Lifting Suspension of Proceedings in Chapter 13 Cases. (AP Case No. 17-2008, ECF No. 53; AP Case No. 17-2009, ECF No. 55). On July 27, 2018, Defendant, County of Ontario, filed a Notice of Appeal from the District Court's Order to the United States Court of Appeal for the Second Circuit. (District Court Case No. 17-cv-06810-FPG; ECF No. 15; District Court Case No. 17-cv-06808-FPG, ECF No. 14). Accordingly, it is hereby,

**ORDERED**, under Rule 8007(e)(1) FRBP, proceedings before this Court in both the adversary proceedings and the bankruptcy cases are **SUSPENDED** pending determination of the

appeal before the Second Circuit. The County of Ontario shall not transfer the property that was the subject of the Stipulation and Order issued on December 4, 2017, in each bankruptcy case. (Bankr. Case No. 17-20445, ECF No. 47; Bankr. Case No. 17-20459, ECF No. 45).

**IT IS SO ORDERED.**

Dated: August 9, 2018
      Rochester, New York

                                                HON. PAUL R. WARREN
                                                United States Bankruptcy Judge